UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                           :

MASOTINA, S.P.A.,                         :
                                           :

          Plaintiff,             :     INDEX NO. 13-CV-5030 (NRB)
                                         :

       v.                             :
                                         :     **REQUEST FOR ENTRY OF DEFAULT**

V.I.P. PAPER TRADING INC., REBECCA   :
SILVER, and MAX QUESTINI,        :
          Defendants          :
                                         :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TO THE CLERK OF THE COURT:

PLEASE ENTER the default of defendant V.I.P. Paper Trading Inc. for failure to plead or otherwise defend this action as provided by the Federal Rules of Civil Procedure. This request is made pursuant to Fed. R. Civ. P. 55(a) and is supported by the declaration of Eric M. Creizman which is attached as Exhibit A.

Dated: New York, New York
       September 15, 2013              Respectfully submitted,
                                     **CREIZMAN PLLC**

                                     /s/ Eric M. Creizman
                                     Eric M. Creizman (EC-7684)
                                     565 Fifth Avenue, 7th Floor
                                     New York, New York 10017
                                     Telephone: (212) 972-0200
                                     Facsimile: (646) 200-5022
                                     Email: ecreiz@creizmanllc.com
                                              cpolisi@creizmanllc.com

                                   *Attorneys for Plaintiff Masotina, S.p.A.*