UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MASOTINA, S.P.A.,

       Plaintiff,                                  INDEX NO. 13-CV-5030 (NRB)

      v.

                                           **DECLARATION OF ERIC M. CREIZMAN**

V.I.P. PAPER TRADING INC., REBECCA
SILVER, and MAX QUESTINI,
      Defendants

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

  I, ERIC M. CREIZMAN, hereby declare under penalty of perjury pursuant to 28 U.S.C § 1746:

  1.    I am an attorney admitted to practice in the State of New York and before this Court.  I represent Plaintiff Masotina S.P.A. in the above-captioned action.

  2.    Defendant V.I.P. Paper Trading Inc. was served with a summons and complaint on August 6, 2013, as set forth in the proof of service annexed hereto as Exhibit 1.

  3.    More than 21 days have passed since service of the summons and complaint.

  4.    Defendant V.I.P. Paper Trading Inc. has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

Dated:  New York, New York
         September 15, 2013

                                                              /s/ Eric M. Creizman
                                                              Eric M. Creizman