## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  13CIV5030                                                             Purchased/Filed: July 19, 2013

UNITED STATES DISTRICT COURT                           SOUTHERN DISTRICT OF

MASOTINA, S.P.A.                                                                                 Plaintiff

against

V.I.P. PAPER TRADING INC, ET AL                                                         Defendant

STATE OF NEW YORK  
COUNTY OF ALBANY     SS.:

_____ Diane Koehler _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___August 6, 2013___, at __3:45 pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

SUMMONS IN A CIVIL ACTION AND COMPLAINT

on _____ V.I.P. PAPER TRADING INC. _____, the Defendant in this action, by delivering to and leaving with _____ Amy Lesch _____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: __26__   Approx. Wt: __225__   Approx. Ht: __5'9"__  
Color of skin: __White__   Hair color: __Lt. Brown__   Sex: __Female__   Other: _____

Sworn to before me on this  
__14th__ day of _____August, 2013_____

DONNA M. TIDINGS  
NOTARY PUBLIC, State of New York  
No. 01TI4898570, Qualified in Albany County  
Commission Expires June 15, 2015

Diane Koehler  
Attny's File No.  
Invoice·Work Order # SP1309182