UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x

MASOTINA, S.P.A.          Plaintiff,

- against -

V.I.P. PAPER TRADING, INC.

Defendant.
----------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/4/13

13 Civ. 5030 (NRB)

**CLERK'S CERTIFICATE**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on

July 19, 2013

with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant by serving the New York Secretary of State

(STATE SPECIFICALLY HOW SERVICE WAS MADE ON DEFENDANT), and proof of such service thereof was filed on August 20, 2013.

I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated: New York, New York
December 4, 2013

**RUBY J. KRAJICK**
Clerk of Court

By: _____
Deputy Clerk

SDNY Web 5/2010